RECEIVED

AUG 0 7 2006

OFFICE OF U.S. DISTRICT JUDGE
BRUCE S. JENKINS

FILED
DISTRICT COURT

2006 AUG -8  A 10: 38

DISTRICT OF UTAH

BY:_____
DEPUTY CLERK

DENNIS C. FERGUSON (A1061)
**WILLIAMS & HUNT**
Attorneys for Defendants Provo City; Craig Geslison; Mark Troxel; and Daniel Cornell
257 East 200 South, Suite 500
P. O. Box 45678
Salt Lake City, Utah 84145-5678
Telephone: (801) 521-5678
Fax: (801) 364-4500

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| JOHNNY VEGA, an individual,<br><br>　　　　Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, UNITED STATES BUREAU OF IMMIGRATION AND CUSTOMS ENFORCEMENT; UTAH COUNTY; PROVO CITY; STEVEN BRANCH, ICE officer, individually; TIMOTHY CHARD, ICE officer, individually; JEFFREY PERKINS, ICE officer, individually; DAVID WARD, ICE officer, individually; UTAH COUNTY JAMES TRACY, individually; PROVO CITY POLICE CHIEF CRAIG GESLISON, individually; MARK TROXEL, Provo City Police Officer, individually; DANIEL CORNELL, Provo City Police Officer, individually; GRANT FERRE, officer at Utah County Sheriff's Department, individually; TODD ORTON, officer at Utah County Sheriff's Department, individually; JASON PHILLIPPI, officer at Utah County Sheriff's Department, individually; JOHN DOES I-XC as agents, servants or employees of ICE, Utah County Sheriff Department, and Provo City Police Department,<br>　　　　Defendants. | **ORDER GRANTING THE MOTION FOR SUMMARY JUDGMENT OF PROVO CITY AND PROVO CITY POLICE CHIEF CRAIG GESLISON AND DENYING THE MOTION FOR SUMMARY JUDGMENT OF DEFENDANTS MARK TROXEL AND DANIEL CORNELL**<br><br><br>Case No. 2:04CV00663<br><br>Judge Bruce S. Jenkins<br><br>~~Magistrate Judge Paul M. Warner~~ |

On July 7, 2006, the Motion for Summary Judgment of Defendants' Provo City, Provo City Police Chief Craig Geslison and Provo City police officers Mark Troxel and Daniel Cornell came before the Court for oral argument before the Honorable Bruce S. Jenkins. Trent M. Sutton appeared on behalf of Plaintiff; Dennis C. Ferguson appeared on behalf of the moving Defendants; Glenn S. Greene of the United State Department of Justice appeared on behalf of Defendants United States of America, United States Bureau of Immigration and Customs Enforcement and agents Steven Branch, Timothy Chard, Jeffrey Perkins and David Ward. Prior to the hearing, the Court had reviewed the memoranda, deposition testimony and related documents submitted by the parties in support of and opposition to the Motion. The Court, having heard and considered oral argument and the pleadings submitted by the parties, and being fully informed, hereby ORDERS as follows:

1.  Plaintiff's First, Second and Third Claims for Relief and all causes of action against Provo City and Provo City Police Chief Craig Geslison are hereby dismissed with prejudice for the reasons set forth in the memoranda in support of the motion for summary judgment.

2.  Plaintiff's claims against any John Doe Defendants who are agents or employees of Provo City are hereby dismissed with prejudice for the reasons set forth in the memoranda in support of the motion for summary judgment.

3. Plaintiff's claims against Provo City police officers Troxel and Cornell relate to their detention of him in the bathroom and office of a building located at the business location of Champion Safe during the execution of a search warrant obtained by the United States of America. Defendants Troxel and Cornell seek summary judgment claiming that their detention of Plaintiff, under prevailing United States Supreme Court and Tenth Circuit case law, was reasonable as a matter of law and/or that they are entitled to qualified immunity. The Court finds that there are questions of fact that preclude determination of those issues on summary judgment. Therefore, the Motion for Summary Judgment as to Defendants Troxel and Cornell is denied.

DATED this 7th day of August 2006.

**BY THE COURT**

By _____
Judge Bruce S. Jenkins

Approved as to Form:

_____
Trent M. Sutton
Attorney for Plaintiff

129765

3

## CERTIFICATE OF SERVICE

Jaci M. Whipple says that she is employed in the law offices of Williams & Hunt, attorneys for Defendants Provo City; Craig Geslison; Mark Troxel; and Daniel Cornell herein, that she served the attached **Order Granting the Motion for Summary Judgment of Provo City Police Chief Craig Geslison and Denying the Motion for Summary Judgment of Defendants Mark Troxel and Daniel Cornell** in Case No. 2:04-CV-00663 before the United States District Court, upon the parties listed below by placing a true and correct copy thereof in an envelope addressed to:

**Counsel for Plaintiff**
Mark D. Stubbs - *E-FILER*
Trent M. Sutton
FILLMORE SPENCER, LLC
3301 N. University Avenue
Provo, Utah 84604

and causing the same to be mailed first class, postage prepaid, or via CM/ECF through the U.S. District Court, on the __25__ day of July, 2006.

_____
Jaci M. Whipple