DENNIS C. FERGUSON (A1061)
**WILLIAMS & HUNT**
Attorneys for Defendants Provo City; Craig Geslison; Mark Troxel; and Daniel Cornell
257 East 200 South, Suite 500
P. O. Box 45678
Salt Lake City, Utah 84145-5678
Telephone: (801) 521-5678
Fax: (801) 364-4500

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| JOHNNY VEGA, an individual,<br><br>Plaintiff,<br>v.<br><br>UNITED STATES OF AMERICA, UNITED STATES BUREAU OF IMMIGRATION AND CUSTOMS ENFORCEMENT; UTAH COUNTY; PROVO CITY; STEVEN BRANCH, ICE officer, individually; TIMOTHY CHARD, ICE officer, individually; JEFFREY PERKINS, ICE officer, individually; DAVID WARD, ICE officer, individually; UTAH COUNTY JAMES TRACY, individually; PROVO CITY POLICE CHIEF CRAIG GESLISON, individually; MARK TROXEL, Provo City Police Officer, individually; DANIEL CORNELL, Provo City Police Officer, individually; GRANT FERRE, officer at Utah County Sheriff's Department, individually; TODD ORTON, officer at Utah County Sheriff's Department, individually; JASON PHILLIPPI, officer at Utah County Sheriff's Department, individually; JOHN DOES I-XC as agents, servants or employees of ICE, Utah County Sheriff Department, and Provo City Police Department,<br>Defendants. | STIPULATION AND MOTION FOR ORDER OF DISMISSAL WITH PREJUDICE THE CLAIMS AGAINST DEFENDANTS PROVO CITY; CRAIG GESLISON; MARK TROXEL; DANIEL CORNELL AND PROVO CITY POLICE DEPARTMENT<br><br>Case No. 2:04CV00663<br><br>Judge Bruce S. Jenkins |

The parties, by and through their counsel of record, hereby stipulate that this case has been resolved by settlement and agree to a dismissal with prejudice of the claims against Defendants Provo City; Craig Geslison; Mark Troxel; Daniel Cornell and Provo City Police Department of the

above-captioned action and all of Plaintiff's claims asserted therein, and jointly move the Court for an order of dismissal consistent herewith.

DATED this 7th day of February, 2007.

                                                **FILLMORE SPENCER, LLC**

By _____
      Mark D. Stubbs
      Trent M. Sutton
      Attorneys for Plaintiff

DATED this 6th day of February, 2007.

                                                **WILLIAMS & HUNT**

By _____
      Dennis C. Ferguson
      Attorneys for Defendants Provo City, Craig
      Geslison, Mark Troxel and Daniel Cornell

132184.1